UNITED STATES DISTRICT COURT
DISTRICT OF MINNEOSTA

JEROME EUGENE VANN,  CIV. NO. 13-893(SRN/JSM)

    Petitioner,  ORDER

v.

MICHELLE SMITH,

    Respondent.

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 14, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

    (1)   Defendants' Motion to Deny, and Rule for Petitioner by Default [Docket No. 16] is **DENIED.**

Dated: January 30, 2014      s/Susan Richard Nelson
    Susan Richard Nelson
    United States District Court